UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/05/2021

STEPHEN FEELEY,

                    Plaintiff,

        v.

UNUM, PROVIDENT LIFE AND
CASUALTY INSURANCE COMPANY,

                    Defendant.

21-CV-7380 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

        It has been reported to the Court that a settlement has been reached with all parties.

Accordingly, it is hereby:

        ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within thirty (30) days.  Any application to reopen this action must be filed

within thirty (30) days of this order, and any application filed thereafter may be denied solely on

that basis.  If the parties seek to have the Court retain jurisdiction to enforce a settlement

agreement, the terms of the agreement must be placed on the public record and "so ordered" by

the Court within the same thirty-day period.  *See Hendrickson v. United States*, 791 F.3d 354,

358 (2d Cir. 2015).  The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:      October 5, 2021
            New York, New York

_____
Ronnie Abrams
United States District Judge